**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GURMEET GURMEET,

Petitioner,

v.

TODD BLANCHE, *et al*.,

Respondents.

Case No. 5:26-cv-05371-DMK

**ORDER GRANTING UNOPPOSED HABEAS PETITION**

Petitioner Gurmeet Gurmeet is a native and citizen of India who has resided in the United States since approximately December 2022. ECF 1 at ¶ 1. He was released on parole in December 2022, after which he timely filed for asylum. *Id.* Since his release on parole, Petitioner has lived openly and peacefully in the community, has no criminal history, reported to the U.S. Immigration and Customs Enforcement ("ICE") whenever directed, and never missed an appointment. *Id.*

Nevertheless, on or about September 8, 2026, Petitioner was arrested and re-detained by Immigration and Customs Enforcement at a scheduled ICE check-in, without any notice of why he was being detained, or any hearing to determine whether his re-detention was justified. *Id.* at ¶ 2. To date, Petitioner remains detained at the Adelanto ICE Processing Center. *Id.* at ¶ 8.

Petitioner now brings the instant habeas petition, alleging violation of his right to procedural due process, based on Respondents' failure to provide him with notice or a pre-deprivation hearing.

Respondents have failed to oppose the Petition or to appear in this matter at all, despite having been ordered to file a notice of appearance by September 19, 2026, and an Answer by September 23, 2026. *See* ECF 7 (General Order 26-05 and briefing schedule). Accordingly, the Court GRANTS the Petition.

IT IS HEREBY ORDERED that:

1) Respondents shall **RELEASE Petitioner Gurmeet Gurmeet (A# 246-243-190) FORTHWITH** on conditions of release no more restrictive than those in effect when he was most recently detained.

2) Respondents shall return to Petitioner at the time of his release all confiscated documents and possessions; and

3) Respondents shall file a notice of compliance within 72 hours.

Any application requesting costs and reasonable attorney's fees under the Equal Access to Justice Act shall be filed within 30 days of final judgment in this action. *See* 28 U.S.C. § 2412(d)(1)(B).

Dated: October 14, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE